**STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Stephan Tyler Bragg
David Wade Corr. Center H5B DOC No. 5055
670 Bell Hill Rd
Homer LA 71040

> Judgment on rehearing rendered and mailed to all parties or counsel of record on January 12, 2022

**REHEARING ACTION: January 12, 2022**

**Docket Number: 21   00697-CW**

**CLB THE COMMUNITY BANK
VERSUS
STEPHAN TYLER BRAGG**

**Writ Application from Grant Parish Case No. 26,903**

**BEFORE JUDGES:**

   **Hon. Elizabeth A. Pickett
   Hon. Billy Howard Ezell
   Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Stephan Tyler Bragg** has this day been

   **DENIED.**

cc: Donald R. Wilson, Counsel for  the Respondent